# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **CR 16 00412**

U.S.A. v. David Michael Jensen

Defendant Number 1

Year of Birth 1951

☒ Indictment   ☐ Information   Investigative Agency (FBI, DEA, etc.) DOD/USPS/FBI/HHS/CDI/OPM

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☒ Felony

b. Date of Offense: 2011-2015

c. County in which first offense occurred:

Los Angeles

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles      ☐ Ventura
☐ Orange           ☐ Santa Barbara
☐ Riverside        ☐ San Luis Obispo
☐ San Bernardino   ☒ Other various

Citation of Offense 18 U.S.C. § 371: Conspiracy to Solicit, Receive & Pay Illegal Remuneration for Health Care Referrals

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☐ Yes

If YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: _____

Case Number _____

Charging _____

The complaint:   ☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☐ No   ☐ Yes

If YES, provide, Name: _____

Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes*   ☐ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in case-in-chief?
☐ Yes*   ☐ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☐ No
*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☒ NO
If YES, list language and/or dialect:
_____

**OTHER**

☒ Male           ☐ Female
☒ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☐ All counts
☒ Only counts: 1-6 _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).
Is defendant a juvenile?   ☐ Yes   ☒ No
If YES, should matter be sealed?  ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:
☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☒ Other  Health care fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
a. PSA supervision:   ☐ Yes   ☐ No
c. Is on bail or release from another district: _____

Defendant is **in** custody:
b. Place of incarceration:   ☐ State   ☐ Federal
c. Name of institution: _____
d. If Federal: U.S. Marshal's Registration Number: _____
e. ☐ Solely on this charge. Date and time of arrest: _____
f. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of issue
g. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P. ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: June 16, 2016

Signature of Assistant U.S. Attorney
Ashwin Janakiram
Print Name