FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2016 JUN 21  AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

UNITED STATES OF AMERICA,

PLAINTIFF

v.

DAVID MICHAEL JENSEN

DEFENDANT(S).

CASE NUMBER:

CR 16 00412 - 1

**REPORT COMMENCING CRIMINAL ACTION**

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest: __JUNE 21, 2016 @ 9:30__  ☑ AM / ☐ PM

2.  Defendant is in lock-up (in this court building)  Yes ☑       No ☐

3.  Charges under which defendant has been booked:
    __18 USC 371; 42 USC 1320a-7b(b)(2)(A)    18 USC 2(b)__

4.  Offense charged is a: ☑ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

5.  U.S. Citizen: ☑ Yes     ☐ No       ☐ Unknown

6.  Interpreter Required: ☑ No     ☐ Yes: _____ (Language)

7.  Year of Birth: __1951__

8.  The defendant is: ☑ Presently in custody on this charge.
    ☐ Federal – In custody on another conviction.
    ☐ State – In custody awaiting trial on these charges.

9.  Place of detention (if out-of-district): _____

10. Date detainer placed on defendant: _____

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

12. Does the defendant have retained counsel ?     ☐ No              310 . 201 · 2100
    ☑ Yes   Name: __BENJAMIN GLUCK__     and Phone Number: __UNK__

13. Did you notify Pretrial Services?     ☐ No
    ☑ If yes, please list Officer's Name: __DUTY OFFICER__     Time: __10:30__  (AM) / PM

14. Remarks (if any): _____

15. Date: __JUNE 21, 2016__           16. Name: __Richard Speaker__ (Please Print)

17. Agency: __DHHS-OIG__              18. Signature: __R. Smith__

19. Office Phone Number: __714-712-7702__