Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for David Michael Jensen

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID MICHAEL JENSEN,<br><br>    Defendant. | CASE NO. 2:16-cr-00412-FMO-1<br><br>**DEFENDANT DAVID MICHAEL JENSEN'S MOTION TO UNSEAL FOR LIMITED PURPOSE**<br><br>Assigned to Hon. Fernando M. Olguin |

3918520.1

1  Defendant David Michael Jensen moves this Court for an order unsealing the
2  transcript of Mr. Jensen's sentencing hearing held on January 18, 2024, for the
3  limited purpose of allowing the transcript to be released to Mr. Jensen. Counsel for
4  Mr. Jensen filed a transcript request for the sentencing hearing (Dkt. No. 635). That
5  proceeding, however, is under seal. Accordingly, Mr. Jensen now moves to unseal
6  the proceeding for transcription purposes and to permit release to Mr. Jensen only.

DATED: January 26, 2024

Benjamin N. Gluck
Nicole R. Van Dyk
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____
Naomi S. Solomon
Attorneys for David Michael Jensen