## **EXHIBIT A**

January 24, 2025 Letters

Anthem Blue Cross
Attn: Carl Reinhardt, Director,
     Special Investigations Unit
Special Investigations
PO Box 964
Woodland Hills, California 91365
(Signed for and received 1/27/25;
Response deadline 2/26/25)

Federal Employees Health Benefits Program
Office of Personnel Management
Office of the Inspector General
1900 E. Street NW, Room 5478
Washington, DC 20415
(Delivered 2/3/25;
Response deadline 3/5/25)

Medicare
U.S. Department of Health and Human Services
Centers for Medicare and Medicaid Services (CMS)
90 7th Street, Suite 4-500
San Francisco, California 94103
(Signed for and received 1/27/25;
Response deadline 2/26/25)

TRICARE
Defense Health Agency
Office of the Inspector General-Health Care Fraud
Attn: Vanessa Keller
16401 East Centretech Parkway
Aurora, Colorado 80011
(Signed for and received 1/29/25;
Response deadline 2/28/25)

US Department of Labor
Office of Workers Compensation Program
200 Constitution Ave., NW, Room S-4325
Washington, DC 20210
(Delivered 2/3/25;
Response deadline 3/5/25)

US Department of Veterans Affairs
Office of Inspector General (OIG)
Criminal Investigations Division
Western Field Office-Los Angeles
Attn: Special Agent David Chin
11301 Wilshire Boulevard
Building 258, Room 306
Los Angeles, California 90073
(Signed for and received 1/29/25;
Response deadline 2/28/25)

January 29, 2025 Letter

State of California, Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, California 95833
(Delivered 1/31/25;
Response deadline 3/3/25)

14